UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1-11-cr-115 |
| v. ) | |
| ) | Judge Mattice |
| KENDRICK MARSHALL RAY ) | |

### **ORDER**

Defendant filed a Motion to Suppress [Court Doc. 17] on February 7, 2012 which was referred to United States Magistrate Judge William B. Mitchell Carter pursuant to 28 U.S.C. §636(b)(1)(B) and (C). Magistrate Judge Carter filed his Report and Recommendation [Court Doc 23] on March 16, 2012 and recommended that Defendant's Motion to Suppress be denied. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and **ORDERS** that Defendant's Motion to Suppress [Court Doc. 17] be **DENIED.**

SO ORDERED this 5th day of April, 2012.

                                         */s/Harry S. Mattice, Jr.*
                                         HARRY S. MATTICE, JR.
                                         UNITED STATES DISTRICT JUDGE